1  LAWRENCE G. BROWN
   Assistant United States Attorney
2  SUSAN PHAN
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:09-cr-00023 OWW |
| Plaintiff, | ) STIPULATION TO RESET ) TRIAL DATE |
| v. | ) |
| NICOLAS CASTRO-CRUZ, | ) |
| Defendant. | ) |

The parties stipulate and respectfully request that the trial date, currently set for May 21, 2008, be reset to May 28, 2009. The grounds for this stipulation are that the parties will require additional time in which to adequately prepare for trial and to ensure the availability of a government witness.

Because the parties stipulate to set the trial date for May 28, 2009 the parties respectfully request that the trial set for May 21, 2009 be vacated.

The parties agree and stipulate that time should be excluded in the interests of justice from the date of this stipulation

| | | |
|---|---|---|
| 1 | through and including the new trial date of May 28, 2009, | |
| 2 | under 18 U.S.C. § 3161(h)(1)(F), (h)(8)(A), and (h)(8)(B)(i). | |

```
                                        Respectfully submitted,

Dated:  May 6, 2009                     LAWRENCE G. BROWN
                                        Acting United States Attorney


                                        /s/ Susan Phan
                                        SUSAN PHAN
                                        Assistant U.S. Attorney


                                        /s/ Douglas Beevers
Dated:  May 6, 2009                     (per authorization)
                                        DOUGLAS BEEVERS

                                        Counsel for Defendant
                                        Nicolas Castro-Cruz
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:09-cr-00023 OWW |
| Plaintiff, | ) |
| v. | ) |
| NICOLAS CASTRO-CRUZ, | ) |
| Defendant. | ) |

ORDER

The court has reviewed and considered the stipulation of the parties to continue the trial date in this case. It is ordered that the trial date is continued from May 21, 2009 to May 28, 2009, at 9:00 a.m. It is further ordered that time shall be excluded in the interests of justice, based on the grounds set forth in the parties' stipulation, from the date of this Order through and including the new trial date of May 28, 2009, under 18 U.S.C. § 3161(h)(1)(F), (h)(8)(A), and (h)(8)(B)(i).

It is also further ordered that the trial date set for May 21, 2009 is vacated.

IT IS SO ORDERED.

**Dated:   May 6, 2009**                    **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE